UNITED STATE DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:15CR000177-001** |
| **VERSUS** | **JUDGE JOHN W. DeGRAVELLES** |
| **BRIDGET HYMES WESLEY** | **MAGISTRATE ERIN WILDER-DOOMES** |

### MOTION TO EXTEND DATE TO SELF-REPORT

**NOW INTO COURT,** through undersigned counsel, comes Bridget Hymes Wesley, defendant herein, who respectfully shows the court:

1.

The defendant pled guilty to Count 1 (one) of an indictment charging her with violating Title 18 U.S.C § 641 Theft of Federal Funds.

2.

The defendant was sentenced to a term of 10 (ten) months and was ordered to self-report to her designated BOP facility on August 15, 2016, before 2:00 p.m.

3.

The defendant requests that this Court extend her self-report date for 90 days (a date on or after November 14, 2016) for the following reasons.

4.

The defendant is under the care of physicians for certain physical/mental medical conditions and has submitted recent medical documentation that was not available when the presentencing investigation report (hereinafter referred to as "PSI") was prepared (See PSI dated May 17, 2016; Pacer Document Number 23).  Additional time is needed for the defendant's

physicians to determine the best course of treatment for her as well as to stabilize her conditions with the appropriate medication(s).

5.

The defendant also owns a local business which is her means of supporting her family and respectfully requests additional time to self- report to the designated BOP facility in order to get her business affairs in order to minimize the financial impact of her absence on her family.

6.

The defendant was on pre-trial release during the pendency of these proceedings and has complied with all conditions while on release awaiting sentencing. In addition the defendant accepted responsibility from the time she was first provided a target letter by the United States. The defendant does not present a danger to the public or a risk of flight.

7.

Furthermore, the defendant has recently retained The Law Office of J. Christopher Alexander, Sr., LLC to research certain issues regarding the facts leading up to her plea agreement.  The defendant has a 10th grade level of education as well as has been diagnosed with certain mental infirmities which, upon current information and belief, may have affected her ability to understand the full nature of her agreement and discussions with counsel.

8.

Current Counsel of Record for Defendant, Mark Upton, has no objection to the filing of this motion. However, Assistant United States Attorney Fred Menner does object to the filing of this motion.

*Signature on following page*

        **LAW OFFICE OF J. CHRISTOPHER ALEXANDER, SR., LLC**
        Attorney and Counselor at Law

By:    /s/ J. Christopher Alexander, Sr., Esq.
        **J. CHRISTOPHER ALEXANDER, SR., ESQ.**
        Louisiana Bar Roll No.: 26591
        3751 Government Street, Suite "A"
        Baton Rouge, Louisiana 70806
        225-761-9456 (telephone)
        225-761-7899 (facsimile)
        jca@jcalaw.us

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States Attorney by operation of the court's electronic filing system.

        /s/J. Christopher Alexander, Sr.